Leo Awotin, appellee, v. Michael Gabryel et al., defendants, on appeal of Adolf Dzialowy and Mary Dzialowy, appellants. Gen. No. 38,594.

Opinion filed November 4, 1936.

Harold O. Mulks, for appellants. Ratner, Miller & Ratner, for appellee; David J. Ratner and George J. Miller, of counsel.

Mr. Justice Hall delivered the opinion of the court.

Agnes Giesler, appellee, v. Chicago, Burlington and Quincy Railroad Company, appellant. Gen. No. 38,591.

Opinion filed November 4, 1936.

W. A. Morrow, J. C. James and C. W. Krohl, for appellant; Walter M. Fowler, of counsel. McKenna, Harris & Schneider, for appellee; James J. McKenna and Abraham W. Brussell, of counsel.

Mr. Justice Hebel delivered the opinion of the court.

Elsie Heide, appellee, v. Lincoln Furniture and Rug Company, Inc., and D. I. Eisenberg, appellant. Gen. No. 38,726.

Opinion filed November 4, 1936.

Alex M. Golman, for appellant; David F. Silverzweig, of counsel. Murphy O. Tate and Leo M. Tarpey, for appellee.

Mr. Justice Hebel delivered the opinion of the court.

Hartford Accident and Indemnity Company v. Federal Electric Company, James M. Gilchrist, agent.

Federal Electric Company, James M. Gilchrist, agent, appellee, v. Harry Lang, appellant. Gen. No. 38,745.

Opinion filed November 4, 1936.

William Feldman, for appellant. Dana R. Simpson, for appellee.

Mr. Justice Hebel delivered the opinion of the court.